# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971–3 | User: rwong | | Date Created: 11/3/2010 |
| Case: 10–34055 | Form ID: NPD | | Total: 11 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| tr | Andrea A. Wirum | trustee@wirum.com |
| aty | Paul B. Liu | liubolao@sbcglobal.net |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Xunda International Trading, Inc. | 1499 Bayshore Hwy, Ste 207 | Burlingame, CA 94010 | |
| smg | Chief Tax Collection Section | Employment Development Section | P.O. Box 826203 | Sacramento, CA 94230 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812–2952 |
| 11338592 | Citibank | 100 Citibank Drive, Bldg 1, Fl 1 | San Antonio, TX 78245 | |
| 11338593 | Citibank, N.A.–Business Banking | P.O. Box 9241 | Uniondale, NY 11555–9241 | |
| 11338594 | Debra Browen, Secretary Of State | Business Programs Division | P.O. Box 944230 | Sacramento, CA 94244–2300 |
| 11338595 | Ming Hui He | 1531 So. Novato Blvd, #D | Novato, CA 94947 | |

TOTAL: 8