# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: XUNDA INTERNATIONAL TRADING, INC. § Case No. 10-34055-HLB
§
      M & L TRADING COMPANY § 
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Andrea Wirum Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $600,550.00    Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00    Claims Discharged
                                Without Payment: N/A

Total Expenses of Administration: $4,746.00

---

    3) Total gross receipts of $ 9,782.58 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 5,036.58 (see **Exhibit 2**), yielded net receipts of $4,746.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,686.68 | 4,746.00 | 4,746.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 667,000.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $667,000.00 | $7,686.68 | $4,746.00 | $4,746.00 |

4) This case was originally filed under Chapter 7 on October 13, 2010. The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/17/2014           By: /s/Andrea Wirum Chapter 7 Trustee
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Citibank checking Acct #: xxxxxx9326 in banks, s | 1129-000 | 2,120.99 |
| Settlement v He | 1249-000 | 5,300.00 |
| Bank of America checking/saving | 1229-000 | 451.90 |
| CitiBank Acct #32864 | 1229-000 | 1,909.00 |
| Interest Income | 1270-000 | 0.69 |
| **TOTAL GROSS RECEIPTS** | | **$9,782.58** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Xunda International Trading, Inc | returning funds no claims filed in case | 8200-002 | 0.00 |
| Xunda International Trading, Inc | returning funds no claims filed in case | 8200-002 | 0.00 |
| Xunda International Trading, Inc | Final Dividend paid on Claim# RETURN; Reference: | 8200-002 | 0.00 |
| United States Bankruptcy Court Registry | unclaimed | 8200-000 | 5,036.58 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$5,036.58** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Andrea Wirum Chapter 7 Trustee | 2100-000 | N/A | 1,186.50 | 1,186.50 | 1,186.50 |
| Andrea Wirum Chapter 7 Trustee | 2200-000 | N/A | 44.51 | 44.51 | 44.51 |
| Kokjer, Pierotti, Maiocco & Duck, LLP | 3410-000 | N/A | 2,366.00 | 2,366.00 | 2,366.00 |
| Kokjer, Pierotti, Maiocco & Duck, LLP | 3420-000 | N/A | 148.51 | 148.51 | 148.51 |
| Franchise Tax Board | 2820-000 | N/A | 976.00 | 976.00 | 976.00 |
| FRANCHISE TAX BOARD | 2820-000 | N/A | 2,940.68 | 0.00 | 0.00 |
| International Sureties, LTD. | 2300-000 | N/A | 8.57 | 8.57 | 8.57 |
| International Sureties, LTD. | 2300-000 | N/A | 15.91 | 15.91 | 15.91 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,686.68 | $4,746.00 | $4,746.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

# EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Ming Hui He | 7100-000 | 187,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 250,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 230,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $667,000.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-34055-HLB  **Trustee:** (001220) Andrea Wirum Chapter 7 Trustee
**Case Name:** XUNDA INTERNATIONAL TRADING, INC.  **Filed (f) or Converted (c):** 10/13/10 (f)
 **§341(a) Meeting Date:** 11/19/10
**Period Ending:** 12/15/14  **Claims Bar Date:** 02/03/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Citibank checking Acct #: xxxxxx9326 in banks, s | 2,120.00 | 2,120.00 | | 2,120.99 | FA |
| 2 | American TungHongTrading (Debtor gave fund on Oc<br>   uncollectable | 100,000.00 | 0.00 | | 0.00 | FA |
| 3 | Hardware & Plastic Factory. Fushan, Guangdong ri<br>   uncollectable | 100,000.00 | 0.00 | | 0.00 | FA |
| 4 | Rong Da Metalworks Co., Fushan, Guangdong Provin<br>   uncollectable | 400,000.00 | 0.00 | | 0.00 | FA |
| 5 | Canon fax machine | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Gateway desktop pc<br>   no realizable value | 200.00 | 0.00 | | 0.00 | FA |
| 7 | tables (2)<br>   no value | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Settlement v He  (u)<br>   Remaining amount uncollectible but there appears to<br>   be enough funds to pay the administrative tax claim<br>   and fees | 14,000.00 | 14,000.00 | | 5,300.00 | FA |
| 9 | Bank of America checking/saving  (u) | 452.00 | 452.00 | | 451.90 | FA |
| 10 | CitiBank  Acct #32864  (u) | 1,909.00 | 1,909.00 | | 1,909.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.69 | FA |
| 11 | **Assets   Totals** (Excluding unknown values) | **$619,031.00** | **$18,481.00** | | **$9,782.58** | **$0.00** |

**Major Activities Affecting Case Closing:**

Funds from this case came from two sources, a bank account which were closed and a settlement of a fraudulent conveyance claim with the Debtor's principal Ming Hui He.  After the claims bar date ran the Trustee realized that no claims had been filed.  She sent a letter to Citibank, the only claimant listed in the schedules on two separate occasions.  No claims were ever filed.  The Trustee then attempted to determine whether there were unpaid amounts owing to any tax agencies.  The Trustee stopped accepting funds from Mr. He as she determined there were likely not going to be any filed claims.  She apply for an exemption to the bank fees and after the bank fees were returned she wrote a check not once but twice to the Debtor (at a different address) in an attempt to return the funds.  The Trustee diligently tried to find Mr. He and was unable to.  She was just about to file an unclaimed dividend with the court registry when the Franchise Tax Board filed an administrative claim.  The Trustee hired an accountant to file returns and deal with the FTB claim.  This is still a surplus case and will most likely have a deposit into the registry.

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 10-34055-HLB | **Trustee:** (001220) | Andrea Wirum Chapter 7 Trustee |
| **Case Name:** XUNDA INTERNATIONAL TRADING, INC. | **Filed (f) or Converted (c):** | 10/13/10 (f) |
| | **§341(a) Meeting Date:** | 11/19/10 |
| **Period Ending:** 12/15/14 | **Claims Bar Date:** | 02/03/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** June 30, 2011   **Current Projected Date Of Final Report (TFR):** May 2, 2014 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 10-34055-HLB  
**Case Name:** XUNDA INTERNATIONAL TRADING, INC.  
**Taxpayer ID #:** **-***6754  
**Period Ending:** 12/15/14  

**Trustee:** Andrea Wirum Chapter 7 Trustee (001220)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******30-65 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/18/10 | {9} | Bank of America | funds from BofA account | 1229-000 | 451.90 | | 451.90 |
| 10/18/10 | | CitiBank | funds from CitiBank Acct | | 4,029.99 | | 4,481.89 |
| | {1} | | 2,120.99 | 1129-000 | | | 4,481.89 |
| | {10} | | 1,909.00 | 1229-000 | | | 4,481.89 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,481.92 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,481.95 |
| 01/07/11 | {8} | Ming Hui He | Settlement payment | 1249-000 | 600.00 | | 5,081.95 |
| 01/12/11 | 1001 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2011 FOR CASE #10-34055, Bond #016030864 | 2300-000 | | 8.57 | 5,073.38 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,073.42 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,073.45 |
| 03/03/11 | {8} | Ming Hui He | Settlement payment | 1249-000 | 1,400.00 | | 6,473.45 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,473.49 |
| 04/07/11 | {8} | Ming Hui He | Settlement payment | 1249-000 | 300.00 | | 6,773.49 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,773.54 |
| 05/13/11 | {8} | Ming Hui He | Settlement payment | 1249-000 | 300.00 | | 7,073.54 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,073.59 |
| 06/16/11 | {8} | Ming He | Settlement payment | 1249-000 | 300.00 | | 7,373.59 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,373.64 |
| 07/26/11 | {8} | Ming He | Settlement payment | 1249-000 | 300.00 | | 7,673.64 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,673.69 |
| 08/25/11 | {8} | Ming Hui He | Settlement payment | 1249-000 | 300.00 | | 7,973.69 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,973.74 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,948.74 |
| 09/22/11 | {8} | Ming He | Settlement payment | 1249-000 | 300.00 | | 8,248.74 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 8,248.79 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,223.79 |
| 10/31/11 | {8} | Ming Hui He | Settlement payment | 1249-000 | 300.00 | | 8,523.79 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 8,523.84 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,498.84 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 8,498.89 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,473.89 |
| 12/19/11 | {8} | Ming Hui He | Settlement payment | 1249-000 | 600.00 | | 9,073.89 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 9,073.95 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,048.95 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 9,049.01 |

Subtotals: $9,182.58    $133.57

{} Asset reference(s) 

Case: 10-34055    Doc# 29    Filed: 01/05/15    Entered: 01/05/15 09:36:39    Page 8 of 11

Printed: 12/15/2014 02:41 PM    V.13.20

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| Case Number: | 10-34055-HLB | Trustee: | Andrea Wirum Chapter 7 Trustee (001220) | |
| Case Name: | XUNDA INTERNATIONAL TRADING, INC. | Bank Name: | The Bank of New York Mellon | |
| | | Account: | ****-******30-65 - Checking Account | |
| Taxpayer ID #: | **-***6754 | Blanket Bond: | N/A | |
| Period Ending: | 12/15/14 | Separate Bond: | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,024.01 |
| 02/23/12 | {8} | Ming Hui He | Settlement payment | 1249-000 | 600.00 | | 9,624.01 |
| 02/29/12 | 1002 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/29/2012 FOR CASE #10-34055, Bond # 016048574 | 2300-000 | | 15.91 | 9,608.10 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,583.10 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,558.10 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,533.10 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,508.10 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,483.10 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,458.10 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,433.10 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,408.10 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,383.10 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,358.10 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001000122088 20121220 | 9999-000 | | 9,358.10 | 0.00 |
| | | | ACCOUNT TOTALS | | 9,782.58 | 9,782.58 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 9,358.10 | |
| | | | Subtotal | | 9,782.58 | 424.48 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $9,782.58 | $424.48 | |

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 10-34055-HLB | | Trustee: | Andrea Wirum Chapter 7 Trustee (001220) |
|---|---|---|---|---|
| Case Name: | XUNDA INTERNATIONAL TRADING, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3966 - Checking Account |
| Taxpayer ID #: | **-***6754 | | Blanket Bond: | N/A |
| Period Ending: | 12/15/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 9,358.10 | | 9,358.10 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.52 | 9,345.58 |
| 01/28/13 | | Rabobank NA | Bank and Technology Service Fee Credit Adjustment | 2600-000 | | -400.00 | 9,745.58 |
| 02/06/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -12.52 | 9,758.10 |
| 02/13/13 | 11003 | Xunda International Trading, Inc | returning funds no claims filed in case Voided on 08/19/13 | 8200-002 | | 9,758.10 | 0.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | -10.00 |
| 03/11/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -10.00 | 0.00 |
| 08/19/13 | 11003 | Xunda International Trading, Inc | returning funds no claims filed in case Voided: check issued on 02/13/13 | 8200-002 | | -9,758.10 | 9,758.10 |
| 08/19/13 | 11004 | Xunda International Trading, Inc | returning funds no claims filed in case Voided on 11/18/13 | 8200-002 | | 9,758.10 | 0.00 |
| 11/18/13 | 11004 | Xunda International Trading, Inc | returning funds no claims filed in case Voided: check issued on 08/19/13 | 8200-002 | | -9,758.10 | 9,758.10 |
| 01/13/14 | 11005 | Franchise Tax Board | 2012 Form 100- Xunda International Trading, Inc. B/E | 2820-000 | | 156.00 | 9,602.10 |
| 01/13/14 | 11006 | Franchise Tax Board | 2013 Form 100- Xunda International Trading, Inc. B/E | 2820-000 | | 820.00 | 8,782.10 |
| 08/12/14 | 11007 | Andrea Wirum | Dividend paid 100.00% on $1,186.50, Trustee Compensation; Reference: | 2100-000 | | 1,186.50 | 7,595.60 |
| 08/12/14 | 11008 | Andrea Wirum | Dividend paid 100.00% on $44.51, Trustee Expenses; Reference: | 2200-000 | | 44.51 | 7,551.09 |
| 08/12/14 | 11009 | Kokjer, Pierotti, Maiocco & Duck, LLP | Dividend paid 100.00% on $2,366.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,366.00 | 5,185.09 |
| 08/12/14 | 11010 | Kokjer, Pierotti, Maiocco & Duck, LLP | Dividend paid 100.00% on $148.51, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 148.51 | 5,036.58 |
| 08/12/14 | 11011 | Xunda International Trading, Inc | Final Dividend paid on Claim# RETURN; Reference:<br>Stopped on 11/12/14 | 8200-002 | | 5,036.58 | 0.00 |
| 11/12/14 | 11011 | Xunda International Trading, Inc | Final Dividend paid on Claim# RETURN; Reference:<br>Stopped: check issued on 08/12/14 | 8200-002 | | -5,036.58 | 5,036.58 |
| 11/26/14 | 11012 | United States Bankruptcy Court | unclaimed | 8200-000 | | 5,036.58 | 0.00 |

Subtotals : $9,358.10 $9,358.10

{} Asset reference(s)

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 10-34055-HLB | | Trustee: | Andrea Wirum Chapter 7 Trustee (001220) |
|---|---|---|---|---|
| Case Name: | XUNDA INTERNATIONAL TRADING, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3966 - Checking Account |
| **Taxpayer ID #:** | **-***6754 | | Blanket Bond: | N/A |
| **Period Ending:** | 12/15/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Registry | | | | | |
| | | | ACCOUNT TOTALS | | 9,358.10 | 9,358.10 | $0.00 |
| | | | Less: Bank Transfers | | 9,358.10 | 0.00 | |
| | | | Subtotal | | 0.00 | 9,358.10 | |
| | | | Less: Payments to Debtors | | | 5,036.58 | |
| | | | NET Receipts / Disbursements | | $0.00 | $4,321.52 | |

Net Receipts :  9,782.58

Net Estate :  $9,782.58

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******30-65 | 9,782.58 | 424.48 | 0.00 |
| Checking # ******3966 | 0.00 | 4,321.52 | 0.00 |
| | $9,782.58 | $4,746.00 | $0.00 |

{} Asset reference(s)  Printed: 12/15/2014 02:41 PM  V.13.20